UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harold Edwin King,

      Plaintiff,

v.

Family Video Corporation,

      Defendant.

Case No. 16-cv-576 MJD/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 25, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. This action be SUMMARILY DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The IFP application of plaintiff Harold Edwin King [ECF No. 2] be DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 26, 2016

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge